JET/LDH: OCT. 2017
GJ#19

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# <u>MIDDLE DIVISION</u>

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | |
| ) | **UNDER SEAL** |
| **ROBERTO FLORES-SOLIS,** ) | |
| *Also known as "Jimmy",* **and** ) | |
| **CARLOS EDUARDO LOZANO,** ) | |
| *Also known as "Colombia"* ) | |

## <u>INDICTMENT</u>

**COUNT ONE:** **[21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A)]**

The Grand Jury charges that:

From in or about 2013, and continuing thereafter until in or about September, 2017, a more specific date being unknown to the Grand Jury, in DeKalb County, within the Northern District of Alabama, and elsewhere, the defendants,

**ROBERTO FLORES-SOLIS,**
*Also known as "Jimmy",* **and**
**CARLOS EDUARDO LOZANO,**
*Also known as "Colombia"*

did knowingly, intentionally and unlawfully conspire and agree with others known to the Grand Jury to distribute and possess with intent to distribute 50 grams or more of methamphetamine, a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A), all in violation of Title 21, United States Code, Section

1

846.

**COUNT TWO:**   **[21 U.S.C. §§ 841(a)(1) and (b)(1)(A)]**

The Grand Jury charges that:

On or about the 28th day of April, 2016, in DeKalb County, within the Northern District of Alabama, the defendant,

**ROBERTO FLORES-SOLIS,**
*Also known as "Jimmy",*

did knowingly, intentionally, and unlawfully distribute 50 grams or more of methamphetamine, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

**NOTICE OF FORFEITURE**
**21 U.S.C. § 853**

1. The allegations contained in Counts One and Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 21, United States Code, Section 853.

2. Pursuant to Title 21, United States Code, Section 853, upon conviction of the offenses alleged in Counts One and Two of this Indictment, the defendants,

**ROBERTO FLORES-SOLIS,**
*Also known as "Jimmy",* **and**
**CARLOS EDUARDO LOZANO,**
*Also known as "Colombia"*

shall forfeit to the United States of America any property constituting, or derived from,

any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense.

    3.    If any of the property described above, as a result of any act or omission of the defendant:

        a.    cannot be located upon the exercise of due diligence;

        b.    has been transferred or sold to, or deposited with, a third party;

        c.    has been placed beyond the jurisdiction of the court;

        d.    has been substantially diminished in value; or

        e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL

*/s/ Electronic Signature*
FOREPERSON OF THE GRAND JURY

                              JAY E. TOWN
                              United States Attorney


                              */s/ Electronic Signature*
                              LAURA D. HODGE
                              Assistant United States Attorney